UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLOS NARVAEZ,

                          Plaintiff,                    **24 Civ. No. 8531 (JMF)**

      -against-                                **ORDER**

HUDSON PARK NY LLC,

                          Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      By no later than **January 29, 2025**, the parties shall file a joint letter proposing three mutually convenient dates between February 11, 2025 and February 25, 2025 for a settlement conference with the undersigned.

      **SO ORDERED.**

DATED:  New York, New York
              January 23, 2025

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge