UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARLOS NARVAEZ,

                Plaintiff,                      **24 Civ. No. 8531 (JMF)**

    -against-

                                            **ORDER SCHEDULING**
HUDSON PARK NY LLC,                         **SETTLEMENT CONFERENCE**

                Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, February 20, 2025 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Thursday, February 13, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                January 31, 2025

                                                                                           _____
                                                                                      The Honorable Gary Stein
                                                                                      United States Magistrate Judge