

**Honorable Gary Stein**
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Narvaez v. Hudson Park NY LLC, No. 1:24-cv-08531-JMF**
**Request for Adjournment of Settlement Conference**

Dear Judge Stein:

I write on behalf of all parties to respectfully request an adjournment of the settlement conference currently scheduled for February 20, 2025, at 2:00 p.m. The undersigned has a previously scheduled master calendar hearing in an immigration matter that requires an in-person appearance in Newark, New Jersey, at the same time. Counsel for all parties consent to this request.

The parties have been diligently exchanging documents and remain actively engaged in settlement discussions. While significant progress has been made, additional time is needed to finalize negotiations. In light of this, the parties jointly request a two-week period in which to advise the Court whether a settlement conference remains necessary or whether a status report would be more appropriate.

We appreciate the Court's consideration of this request and are available should the Court require any further information.

Respectfully submitted,

**Lina Stillman, Esq.**

cc: All Counsel of Record (via ECF)

Application granted. The settlement conference scheduled for February 20, 2025 is hereby adjourned sine die. The parties are directed to submit a joint status update by no later than March 5, 2025.

**SO ORDERED:**

Date:   February 19, 2025
        New York, NY

*/s/ Gary Stein*
**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**

# Hearing Details

A-Number

220-990-885

IJ Assigned

Visiting Judge 1

Hearing Date

02/20/2025

Hearing Location

970 BROAD STREET, ROOM 1200
NEWARK, NJ 07102

Hearing Medium

In-Person

Noncitizen Name

GARCIA-RODRIGUEZ, KATHERINE ALEYDA

Hearing Type

Master

Hearing Time

1:30 PM - 2:00 PM

Riders

220-990-886 - MONGE-GARCIA, JIMMELY ZOLANGEE
220-990-887 - MONGE-GARCIA, ZOE KAILANI

Close