UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CARLOS NARVAEZ, :
:
Plaintiff, :
: 24-CV-8531 (JMF)
-v- :
: ORDER
:
HUDSCON PARK NY LLC, :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 22, 2025 Order, ECF No. 24, the parties were required to file their settlement agreement and a joint letter, the contents of which are described in the Court's March 24, 2025 Order, ECF No. 22, by May 5, 2025. To date, the parties have not filed either their agreement or a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 9, 2025**.

      SO ORDERED.

Dated: May 7, 2025
      New York, New York

                                             JESSE M. FURMAN
                                             United States District Judge